UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 15-02626 DDP (JPRx)                                    Dated: July 16, 2015

Title:   RONALD ROSS -v- FOOD MANAGEMENT PARTNERS INC.; and CATALINA RESTAURANT GROUP, INC.
================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

    John A. Chambers                              None Present
    Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                  None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** the MOTION TO DISMISS (DOCKET NUMBER 22) is hereby VACATED.

MINUTES FORM 11                                              Initials of Deputy Clerk   JAC
CIVIL -- GEN