# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE: CATALINA RESTAURANT GROUP WARN ACT LITIGATION | Case No. 15-CV-2626-DDP-JPR |
| | [Consolidated with *Barnett v. Food Management Partners, Inc.*, No. 2:15-cv-3140; and *Hodge v. Food Management Partners, Inc.*, No. 5:15-cv-0996 |
| | **JUDGMENT** |

The Court, having granted Defendants FOOD MANAGEMENT PARTNERS, INC.; CATALINA RESTAURANT GROUP, INC. and ALAMO CRG, LLC ("Defendants") Motion for Summary Judgment in full based on its determination that there was no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS HEREBY ORDERED that Plaintiffs recover nothing, the action be dismissed on the merits with prejudice, and that Defendants recover their costs of suit from Plaintiffs pursuant to the procedures set forth in Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54. Defendants may file their cost bill no

//

//

~4450482.docx

later than fourteen (14) days after the entry of judgment.

**IT IS SO ORDERED.**

Dated:  April 26, 2017

_____

THE HONORABLE DEAN D.
PREGERSON

~4450482.docx

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 26, 2017.


By: */s/ Jennifer L. Santa Maria*
       Jennifer L. Santa Maria

29556118.1

~4450482.docx